UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES R. BAUCUM, D.O., | § § | Case No. _____ |
| Plaintiff, | § § | |
| v. | § § | |
| RUTGERS UNIVERSITY, THE STATE UNIVERSITY OF NEW JERSEY; RWJ BARNABAS HEALTH, INC.; and JERSEY CITY MEDICAL CENTER, INC., | § § § § | **ORDER TO SHOW CAUSE**<br><br>*Oral Argument Requested* |
| Defendants. | § § | |

Upon the Certification of James R. Baucum, D.O., sworn to the 6th day of September, 2023, and upon the copy of the Verified Complaint and Memorandum of Law annexed hereto, it is **ORDERED**, that Defendants Rutgers University, The State University of New Jersey ("Rutgers"); RWJ Barnabas Health, Inc. ("RWJ"); and Jersey City Medical Center ("JCMC") (collectively, the "Defendants") appear and show cause at \_\_\_\_\_ a.m./p.m. on the \_\_\_\_\_ day of _____, 2023, or as soon thereafter as counsel may be heard, before the United States District Court for the District of New Jersey, at the Newark Courthouse, located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, why an Order should not be entered:

1. Ordering Defendants, including all their officers, agents, employees, subsidiaries, affiliates, and all other persons or entities associated therewith, to award to Plaintiff James R. Baucum, D.O., academic credit for PGY4;

1

2. Ordering Defendants, including all their officers, agents, employees, subsidiaries, affiliates, and all other persons or entities associated therewith, to allow Plaintiff James R. Baucum, D.O., to graduate from the Obstetrics and Gynecology Residency Program at Rutgers Robert Woods Johnson Barnabas Health – Jersey City Medical Center;

3. Ordering Defendants, including all their officers, agents, employees, subsidiaries, affiliates, and all other persons or entities associated therewith, to complete and award to Plaintiff James R. Baucum, D.O., the necessary certificate of completion from the Obstetrics and Gynecology Residency Program at Rutgers Robert Woods Johnson Barnabas Health – Jersey City Medical Center;

4. Ordering Defendants, including all their officers, agents, employees, subsidiaries, affiliates, and all other persons or entities associated therewith, to purge from the academic record of Plaintiff James R. Baucum, D.O., any records related to the allegations made against him; and

5. Such other and further relief, including injunctive relief, against all Defendants, as may be necessary to effectuate the Court's judgment, or as the Court otherwise deems just and equitable.

And it is **FURTHER ORDERED** that:

1. A copy of this Order to Show Cause, supporting Certification of James R. Baucum, D.O., Memorandum of Law in support, and the Verified Complaint, together with a Summons, shall be served upon Defendants within _____ days of the date hereof;

2. Defendants shall file and serve written response(s) to this Order to Show Cause and Memorandum of Law in support, if any, by _____ a.m./p.m. on the _____ day of _____, 2023; and

3.	If Defendants do not file and serve such written response(s) to this Order to Show Cause and Memorandum of Law in support, the application shall be decided on the submission(s) on the return date stated herein and relief may be granted by default.

It is **SO ORDERED**.

Dated: _____               _____
      Newark, New Jersey

                                                        Hon. _____
                                                        United States District Judge