UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES R. BAUCUM, D.O., | § § | Case No. _____ |
| Plaintiff, | § § | |
| v. | § § | |
| RUTGERS UNIVERSITY, THE STATE UNIVERSITY OF NEW JERSEY; RWJ BARNABAS HEALTH, INC.; and JERSEY CITY MEDICAL CENTER, INC., | § § § § § | **PROPOSED ORDER** |
| Defendants. | § § | |

**ORDER**

This Matter, having come before the Court on Plaintiff's Order to Show Cause, Memorandum of Law in support, Certification, and Verified Complaint, and having reviewed Defendants' written responses thereto, and having heard arguments by counsel for Plaintiff and Defendants,

**IT IS HEREBY ORDERED** that:

1. Defendants award to Plaintiff James R. Baucum, D.O., academic credit for PGY4;

2. Defendants allow Plaintiff James R. Baucum, D.O., to graduate from the Obstetrics and Gynecology Residency Program at Rutgers Robert Woods Johnson Barnabas Health – Jersey City Medical Center;

3. Defendants complete and award to Plaintiff James R. Baucum, D.O., the necessary certificate of completion from the Obstetrics and Gynecology Residency Program at Rutgers Robert Woods Johnson Barnabas Health – Jersey City Medical Center; and

1

4.     Defendants purge from the academic record of Plaintiff James R. Baucum, D.O., any records related to the allegations made against him.

**ENTERED** this _____ day of _____, 2023.

_____
Hon. _____
United States District Judge