

Law Offices
# Apruzzese, McDermott, Mastro & Murphy

25 Independence Boulevard, Warren, N.J. 07059                                    www.ammm.com

**Apruzzese, McDermott,
Mastro & Murphy, P.C.**
(Established 1965)

**Mark J. Blunda, Esq.**
blunda@ammm.com

**Neha Patel, Esq.**
npatel@ammm.com

November 17, 2023

Honorable Julien Xavier Neals
United States District Court Judge
United States District Court
District of New Jersey
MLK, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07012

Re: *Baucum v. Rutgers University, RWJBarnabas Health and Jersey City Medical Center*
Case 2:23-cv-20707-JXN-JSA
**Request for Pre-Motion Conference**

Dear Judge Neals:

This office represents Defendants RWJBarnabas Health and Jersey City Medical Center in this matter. We are in receipt of a copy of the November 16, 2023 submission of Defendant Rutgers University requesting a pre-motion conference to discuss the filing of a Rule 12(b)(6) motion to dismiss Plaintiff's Complaint.

Defendants RWJBarnabas Health and Jersey City Medical Center join both Rutgers' rationale and its request for the conference.

Respectfully submitted,

*Mark J. Blunda, Esq.*
Mark J. Blunda, Esq.

MJB:abm
c. Brent R. Pohlman, Esq.
   Kevin Musiakiewicz, Esq.
   Joshua Sherman, Esq.