

Law Offices
# Apruzzese, McDermott, Mastro & Murphy

25 Independence Boulevard, Warren, N.J. 07059                    www.ammm.com

**Apruzzese, McDermott,**
**Mastro & Murphy, P.C.**
(Established 1965)

**Mark J. Blunda, Esq.**
blunda@ammm.com

**Neha Patel, Esq.**
npatel@ammm.com

December 14, 2023

Honorable Julien Xavier Neals
United States District Judge
United States District Court for the District of New Jersey
MLK, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07012

**Re:** ***Baucum v. Rutgers University, RWJBarnabas Health and Jersey City Medical Center***
    **Case 2:23-cv-20707-JXN-JSA**

Dear Judge Neals:

      This office represents Defendants RWJBarnabas Health and Jersey City Medical Center in this matter. We write as a follow-up to the Court's December 8, 2023 Text Order permitting the Defendants in this matter to file their respective motions to dismiss. All counsel of record in this matter have conferred and agreed upon the following briefing schedule for filing the motions to dismiss:

- Motion filing deadline: January 26, 2024
- Opposition filing deadline: February 6, 2024
- Reply filing deadline: February 13, 2024
- Motion return date: February 20, 2024

      If acceptable to the Court, we respectfully request that the agreed upon briefing schedule be "so ordered."

Respectfully submitted,

***Neha Patel, Esq.***
Neha Patel, Esq.

NP:abm
cc:   Brent R. Pohlman, Esq.
       Kevin Musiakiewicz, Esq.
       Joshua Sherman, Esq.

**So ORDERED on 12/15/2023:**

*[signature]*
HONORABLE JULIEN XAVIER NEALS
United States District Judge