

**Brent R. Pohlman, Esq.**
**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
bpohlman@mblawfirm.com
T: 973-243-7997
F: 973-325-7467

January 31, 2024

<u>Via ECF</u>
Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
District of New Jersey
MK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re:    James R. Baucum, D.O. v. Rutgers University, The State University of New Jersey, et al.; Civil Action No.: 2:23-cv-20707-JXN-JSA**

Dear Judge Neals:

    As you are aware, this office represents Plaintiff James R. Baucum, D.O., ("Plaintiff") in the above-referenced matter.

    I write on behalf of Plaintiff to revise the deadlines in the briefing schedule with respect to (a) Defendant Rutgers, The State University of New Jersey's Motion to Dismiss [ECF No. 22] and (b) Defendants RWJ Barnabas Health, Inc., and Jersey City Medical Center, Inc.'s Motion to Dismiss [ECF No. 23], both of which are returnable on February 20, 2024. We are requesting that the existing briefing schedule be extended as follows:

- All opposition papers to the motions must be filed on or before February 9, 2024, and
- Any reply papers in further support of the motions must be filed on or before February 16, 2024

    The above request is being made as I am sick with the flu and currently out of the office. Counsel for Rutgers has graciously consented to the revised schedule. I thank the Court for its courtesies. If the foregoing meets with the Court's approval, Plaintiff respectfully requests that this letter be "so ordered."

                              Respectfully submitted,

                              */s/Brent R. Pohlman, Esq.*
                              BRENT R. POHLMAN, ESQ.

**So ORDERED on 2/2/2024:**

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge